

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00066-CR

| | | |
|---|---|---|
| Verba Felicia Peterson | § | From the 432nd District Court |
| | § | of Tarrant County (1452670R) |
| v. | § | April 20, 2017 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
        Justice Lee Gabriel